Ronald Dean Yandell /5045824
Sacramento Main Jail
651 "I" Street
Sacramento, CA. 95814

**FILED**
MAR 15 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

2:21-cv-469-AC PC

Ronald Dean Yandell
   PLAINTIFF
         v.
                                    CASE NO.
                                    DEMAND FOR JURY TRIAL

1.) Director of U.S. Marshall Services Donald Washington
2.) Sheriff, Scott Jones
3.) Commander Brandon Luke
4.) Assistant Commander McKarsie badge # 165
5.) Supervisor Folena badge # 7
6.) Supervisor Schaller badge # 2021
7.) Intelligence Deputy Snika badge # 38
8.) Chaplain
   Defendants

## COMPLAINT

### INTRODUCTION

1. Plaintiff Ronald Yandell is incarcerated in the custody of the Sacramento County Jail.

2. On 7-1-19 Plaintiff was transferred from New Folsom State Prison to the Sacramento County Jail on Federal charges.

3. On Plaintiff's arrival on 7-1-19 he was placed in Total Separation (T-Sep) which is designated Restricted

Page 1 of 9

Housing.

4. In (T-Sep) Plaintiff is only provided out of his cell one hour per day.

5. Plaintiff is facing potential Death Penalty charges and is not allowed contact visits with his legal team.

6. Plaintiff is not provided confidential legal visits with his legal team.

7. Plaintiff is not provided confidential legal calls.

8. Plaintiff is not provided with adequate outside recreation.

9. On or about June of 2020 Jail staff began to move Plaintiff to a different unsanitary cell every 7 to 14 days. This move is accomplished by taking Plaintiff downstairs to intake for a full body scan in xray machine.

10. On 3-8-20 and again on 3-20-20 Plaintiff requested a vegetarian diet for religious reasons through Chaplain services but requests were ignored.

## JURISDICTION

11. This cause of action arises under the United States Constitution, enforceable pursuant to 42 U.S.C. §1983. Jurisdiction is proper persuant to 28 U.S.C. §§ 2201 and 2202.

## VENUE

12. Venue is proper under 28 U.S.C. §1391(b)(2), because the events and omissions give rise to the claims

occurring in this district.

## PARTIES

13. Plaintiff Ronald Yandell is a person incarcerated in the custody of the Sacramento Sheriff Department. He is currently housed at the Sacramento County Main Jail.

14. Defendant Donald Washington is the Director of the U.S. Marshall Service. He has the overall responsibility for the policies, procedures and operations concerning Federal detainees in the Sacramento County Main Jail. Thus, Defendant Washington is a direct participant in the acts complained of herein, via his capacity of policymaker. He is sued in his official capacity for injunctive relief and in his individual capacity for damages.

15. Defendant Scott Jones is elected Sheriff of the Sacramento County Sheriff Department. He has overall responsibility for the policies, procedures, operations and supervision of the Sheriff Department, its employees, agents, and jail. He is ultimately responsible for the conditions of confinement at the Sacramento County Jail. Thus, Defendant Jones is a direct participant in the acts complained of herein, via his capacity of policymaker. He is sued in his official capacity for injunctive relief and in his individual capacity for damages.

16. Defendant Brandon Luke is the Commander of the Sacramento County Main Jail who holds the rank

of Captain. He has direct responsibility for the policies, procedures, operations and supervision of the employees, agents, and deputies at the Sacramento County Main Jail. He has direct responsibility for the conditions of confinement at the Main Jail as commander. Thus, Defendant Luke is a direct participant in the acts complained of herein, via his direct involvement and in his capacity as policymaker. He is sued in his OFFICIAL capacity for injunctive relief and in his individual capacity for damages.

17. Defendant McKarsie is an assistant commander at the Sacramento County Main Jail who holds the rank of Sergeant badge #165. Defendant McKarsie denied plaintiff's grievance through the jail's administrative remedy procedures. Defendant McKarsie is an active participant in the acts complained herein, via his direct involvement and in his capacity of decision maker. He is sued in his official capacity for injunctive relief and in his individual capacity for damages.

18. Defendant Folena is a supervisor at the Sacramento County Main Jail who holds the rank of Sergeant badge #7. Defendant Folena denied plaintiff's grievance through the jail's administrative remedy procedures. Defendant Folena is an active participant in the acts complained of herein, via his direct involvement and in his capacity as decision maker. He is sued in his official capacity for injunctive relief and in his individual capacity

1 | for damages.

2 | 19. Defendant Schaller is supervisor at the Sacra-
3 | mento County Main Jail who holds the rank of Sergeant.
4 | Badge #2021. Defendant Schaller is denied plaintiff's
5 | grievance through the jail administrative remedy
6 | procedures. Defendant Schaller is an active partici-
7 | pant in the acts complained of herein, via her
8 | direct involvement and in her capacity as decision
9 | maker. She is sued in her official capacity for
10 | injunctive relief and in her individual capacity
11 | for damages.

12 | 20. Defendant Saika is an intelligence deputy
13 | at the Sacramento County Main Jail who holds the
14 | rank of Sergeant. Badge #38. Defendant Saika has
15 | direct responsibility for the policies, procedures,
16 | and operations of plaintiff's conditions of con-
17 | finement in 8West total separation, thus, via
18 | his direct involvement as a participant in the
19 | acts complained of herein, he is sued in his
20 | official capacity for injunctive relief and in his
21 | individual capacity for damages.

22 | 21. Defendant Terry Toliver is a chaplain at the
23 | Sacramento County Main Jail. Defendant Toliver
24 | is responsible for religious matters concerning
25 | dietary meals. He is a direct participant in the
26 | acts complained of herein, both via his direct
27 | involvement and in his capacity as a decision
28 | maker. He is sued in his official capacity for

Page 5 of 9

injunctive relief and in his individual capacity for damages.

## Statement of Facts

Plaintiff Yandell incorporates all facts previously and further avers as follows:

22. On 7-1-19 Plaintiff Yandell was transferred from New Folsom State Prison to the Sacramento County Main Jail to face federal charges.

23. On 7-1-19 Plaintiff was housed on 8West/Total Separation which is a restricted housing unit locked in a cell 23 hours per day.

24. Plaintiff was never given written notice or any type of hearing to be heard on why he was being punished with extreme isolation.

25. Plaintiff is facing a potential death penalty case and is not allowed contact visits with his legal team.

26. Plaintiff is not allowed a visiting room with his legal team that is confidential.

27. Plaintiff has to use a wall phone in 8West common area for legal calls which are not confidential.

28. Since Plaintiff's arrival at Sacramento County Main Jail he has not been allowed adequate outside recreation, and since Oct. of 2020 has not been allowed any outside recreation.

29. On or about June of 2020 Deputies began moving plaintiff to a different cell every 7 to 14 days. Plaintiff is placed in an unsanitary cell without proper cleaning supplies after he is taken downstairs for a body scan in xray machine which is on-going.

30. On 3-8-20 and again on 3-20-20 plaintiff sent requests to the jail chaplain to be placed on a vegetarian diet for religious reasons which were ignored.

31. Plaintiff has tried to resolve all these issues through the grievance process but all have been denied.

## Claims For Relief

### First Claim

Fourteenth Amendment violation: Due Process

Defendants violated plaintiff's rights under the Fourteenth Amendment to the United States Constitution by arbitrarily placing him in extreme isolation without written notice or given a chance to be heard.

### Second Claim

Sixth Amendment violation: Contact Legal Visits. Defendants violated plaintiff's Sixth Amendment right by failing to allow plaintiff

contact legal visits with his legal team.

### Third Claim

Sixth Amendment violation: Confidential Legal visits. Defendants violated plaintiff's Sixth Amendment right under the United States Constitution by failing to provide a confidential visiting room to allow plaintiff to confer with his legal team without being heard.

### Fourth Claim

Eighth Amendment violation: Conditions of Confinement. Defendants violated plaintiff's Eighth Amendment right under the United States Constitution by failing to provide plaintiff with adequate outside recreation.

### Fifth Claim

Eighth Amendment violation: Conditions of Confinement. Defendants violated plaintiff's Eighth Amendment right under the United States Constitution by moving plaintiff to a different cell every 7 to 14 days under unsanitary conditions soley as punishment.

### Sixth Claim

First Amendment violation: Exercise of Religion. Defendants violated plaintiff's First Amendment right under the U.S. Constitution for failure to provide relig-

1 | ious dict.

## EXHAUSTION OF REMEDIES

Plaintiff has fully exhausted available remedies.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff prays that this Honorable court grant the following relief:

a. Declare that the acts and omissions of the defendants violated Plaintiff's constitutional rights and Federal law;

b. Enter an injunction requiring the defendants, their agents, subordinates, employees and all others acting in concert with them to cease their unconstitutional and unlawful practices and to remedy their violations of the constitution and the laws;

c. Enter an injunction requiring defendants to restore all rights, and privileges;

d. Award to plaintiff reasonable costs and fees;

E. And, Grant the plaintiff such other relief as the court may deem just and proper.

Respectfully Submitted, this the 10th day of March, 2021

Ronald D. Yondell
651 "I" Street
Sacramento, CA
-95814.

Page 9 of 9

1  Your Name
2  Address
3  City, State, Zip Code
4  Telephone Number
5
6              IN THE UNITED STATES DISTRICT COURT
7                 EASTERN DISTRICT OF CALIFORNIA
8  Your Name, Ronald Dean Yondell
9              Plaintiff,
10 vs.                          No.
11 Defendant(s), Donald Washington
12              Defendant(s). Scott Jones   **PROOF OF SERVICE**
13 _____ /
14     I, the undersigned, hereby certify that I am over the age of eighteen years and
15 on __MARCH 10TH_____, 20_21_, I served a copy of
16 __9 page civil complaint_____,
17 by placing a copy in a postage paid envelope addressed to the person hereinafter listed
18 by depositing said envelope in the United States Mail:
19
20 **(List All Defendants and Addresses Served)**
21
22 I declare under penalty of perjury that the foregoing is true and correct.
23
24                                  Ronald D. Yondell
25                                      (Signed)
26

**Attachment 6**