UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DEAN YANDELL, | No. 2:21-cv-0469 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| DONALD WASHINGTON, et al., | |
| Defendants. | |

Plaintiff, a federal pretrial detainee proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 19, 2021, the magistrate judge issued findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 15. Plaintiff has filed objections to the findings and recommendations. ECF No. 16.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued August 19, 2021 (ECF No. 15), are ADOPTED in full;

2. This case shall proceed on Claim Five of the Second Amended Complaint only, against the following defendants:

    a. Chaplain Terry Toliver, and

    b. Sheriff Scott Jones, in his official capacity, for purposes of injunctive relief only,

and

3. Claims One though Four of the Second Amended Complaint (ECF No. 14) and defendants Luke, McKrasie, Hampton, Schaller, Pfau, and Saika are DISMISSED pursuant to 28 U.S.C. § 1915A.

Dated: September 23, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE