UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DEAN YANDELL,<br><br>Plaintiff,<br><br>v.<br><br>DONALD WASHINGTON, et al.,<br><br>Defendants. | No. 2:21-cv-0469 DAD AC P<br><br><br><br>ORDER |

On October 13, 2022, defendant Jones filed a motion to dismiss this matter pursuant to Federal Rule of Civil Procedure 12(b)(1) and Local Rule 230(l). ECF No. 33. Plaintiff has not opposed the motion.

Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." On November 16, 2021, plaintiff was advised of the requirements for filing an opposition to the motion, and he was told that failure to oppose such a motion could be deemed a waiver of opposition to it. See ECF No. 21 at 3.

Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." In the order issued on November 16, 2021, plaintiff was also advised that failure to

////

1

comply with the Local Rules could result in a recommendation that the action be dismissed. See ECF No. 21 at 5.

Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, plaintiff shall file an opposition, if any, to defendant Jones's motion to dismiss. See ECF No. 33.

Plaintiff is cautioned that failure to file an opposition will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).

DATED: November 16, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2