1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9          FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   RONALD DEAN YANDELL,                    No.  2:21-cv-00469-DAD-AC (PC)
12              Plaintiff,
13        v.                                 ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATIONS AND DENYING
14   SCOTT R. JONES, et al.,                 PLAINTIFF'S MOTION FOR SUMMARY
                                             JUDGMENT, WITHOUT PREJUDICE, AS
15              Defendants.                  PREMATURE
16                                           (Doc. Nos. 25, 35)
17

18        Plaintiff Ronald Dean Yandell is a state prisoner appearing *pro se* and *in forma pauperis*

19   in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a

20   United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21        On November 16, 2022, the assigned magistrate judge issued findings and

22   recommendations recommending that plaintiff's motion for summary judgment (Doc. No. 25) be

23   "summarily denied, without prejudice to renewal at a later stage of the proceedings" because

24   discovery in this case has not begun and thus, plaintiff's motion for summary judgment is

25   premature.  (Doc. No. 35 at 3–4.)  The pending findings and recommendations were served on

26   plaintiff and contained notice that any objections thereto were to be filed within fourteen (14)

27   days after service.  (*Id.*)  To date, no objections to the findings and recommendations have been

28   filed, and the time in which to do so has now passed.

                                             1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on November 16, 2022 (Doc. No. 35) are adopted in full;

2. Plaintiff's motion for summary judgment (Doc. No. 25) is summarily denied, without prejudice, as premature; and

3. This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **January 6, 2023**

UNITED STATES DISTRICT JUDGE