UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DEAN YANDELL,<br><br>    Plaintiff,<br><br>    v.<br><br>SHERIFF SCOTT JONES, et al.,<br><br>    Defendants. | No. 2:21-cv-0469 DAD AC P<br><br><br>ORDER |

    Plaintiff, a state prisoner proceeding without an attorney, seeks relief pursuant to 42 U.S.C. § 1983. Pending before the court are: (1) plaintiff's motion for an order to produce inmate witnesses for trial, ECF No. 72; and (2) defendants' Toliver, Jones, Luke, and Saika's motion to modify the scheduling order, ECF No. 73.

    Plaintiff requests that the court order inmate witnesses Patrick Brady, William Sylvester, and Jason Corbett to testify at trial. ECF No. 72. Plaintiff's motion is premature because this case has not been set for trial. If appropriate, the court will later issue a scheduling order setting a trial, pretrial conference, and deadline to file pretrial statements. See ECF No. 71. At that time, plaintiff may request attendance of incarcerated witnesses in his pretrial statement. Id. Accordingly, plaintiff's motion for an order to produce inmate witnesses for trial is denied without prejudice.

    Defendants Toliver, Jones, Luke and Saika filed a motion to modify the scheduling order.

ECF No. 73. Specifically, they seek to continue the discovery cut-off date, discovery motions deadline, and the pretrial motions deadline, to allow time to depose plaintiff. Id. Good cause appearing, the motion is granted.

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an order to produce inmate witnesses for trial (ECF No. 72) is denied without prejudice as premature.

2. Defendants' motion to modify the scheduling order (ECF No.73) is granted.

3. The prior scheduling order (ECF No. 71) is modified as follows:

    a. New Discovery Deadline: March 27, 2025;

    b. New Discovery Motions Deadline: March 27, 2025; and

    c. New Pre-trial Motions[1] Deadline: June 19, 2025.

3. The written discovery deadline, October 28, 2024, has passed and remains closed.

DATED: January 2, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] This includes motions for summary judgment under Federal Rule of Civil Procedure 56.

2