UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DEAN YANDELL, | No. 2:21-cv-0469 DAD AC P |
| Plaintiff, | |
| v. | ORDER |
| SHERIFF SCOTT JONES, et al., | |
| Defendants. | |

    Plaintiff, a federal prisoner, proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983 has filed a motion for power of attorney. ECF No. 82. He seeks an order from the court granting his wife power of attorney to allow her to notify the court of plaintiff's transfer in the event he is unable to do so. Id.

    Although non-attorneys can represent themselves pro se, non-attorneys have no authority to represent or appear on behalf of others. See Johns v. County of San Diego, 114 F.3d 874, 876 (9th Cir. 1997) ("While a non-attorney may appear pro se on his own behalf, he has no authority to appear as an attorney for others than himself") (internal quotations and citation omitted); see also Jorss v. Schwarzenegger, 168 F. App'x 825, 826 (9th Cir. 2006) (finding the district court properly dismissed the complaint because the pro se prisoner plaintiff could not represent others). There is no indication that plaintiff's wife is an attorney. Accordingly, plaintiff's motion will be denied.

1

1  Plaintiff is informed that although his wife cannot represent or appear on his behalf, she
2  can assist plaintiff in submitting documents, such as a notice of change of address, to the court as
3  long as the documents filed are *signed by plaintiff*.  To the extent a transfer delays plaintiff's
4  ability to timely respond to a pending motion and/or other deadline, plaintiff may file a motion to
5  extend the affected deadline and explain the circumstances warranting the extension sought.
6  IT IS HEREBY ORDERED that plaintiff's motion for power of attorney (ECF No. 82) is
7  denied.
8  DATED: July 21, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE