UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD DEAN YANDELL,

Plaintiff,

v.

DONALD WASHINGTON, et al.,

Defendants.

No. 2:21-cv-0469-DAD-AC P

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

(Doc. Nos. 83, 92)

Plaintiff Ronald Dean Yandell, previously a state prisoner and now a federal prisoner, is proceeding *pro se* and *in forma pauperis* in this civil rights action brought under 42 U.S.C. § 1983, in which he challenges his former conditions of confinement at the Sacramento County Main Jail.. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On September 11, 2026, the assigned magistrate judge issued findings and recommendations recommending that defendants' motion for summary judgment be granted in its entirety. (Doc. No. 92.) Specifically, the magistrate judge concluded that the undisputed evidence before the court established that there was an administrative remedy available to plaintiff at the Main Jail which he did not exhaust in that he failed to appeal the initial denial of his inmate grievances regarding the conditions of his confinement to the Facility Commander at the jail. (*Id.* at 8–10.) Plaintiff had argued that he was not required to appeal the denial of his

inmate grievances to the Facility Commander because the Main Jail's Inmate Handbook did not make such an appeal mandatory. (*Id*. at 9) The magistrate judge properly rejected this argument on the ground that, as a matter of law, it is the Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e(a), that establishes the requirement that an inmate exhaust all available administrative remedies prior to filing suit. (*Id*.) (citing *Jones v. Bock*, 549 U.S. 199, 218 (2007)).

The pending findings and recommendations were served on plaintiff at his address of record and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 10.) To date, no objections to the findings and recommendations have been filed and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on September 11, 2026 (Doc. No. 92) are adopted in full;
2. Defendants' motion for summary judgment in their favor (Doc. No. 83) is granted;
3. The Clerk of the Court is directed to enter judgment in favor of the defendants and to close this case.

IT IS SO ORDERED.

Dated: **October 9, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE